NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN DACOSTA.,**
*Plaintiff-Appellant,*

AND

**N.B. SALTY MILLER,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5010

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-115, Judge George W. Miller.

---

## ON MOTION

---

## ORDER

The United States moves for a 21-day extension of time, until December 3, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted

FOR THE COURT

**NOV 2 3 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John DaCosta
    N.B. Salty Miller,
    Kenneth W. Rosenberg, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**NOV 2 3 2010**

**JAN HORBALY**
**CLERK**